UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Laurence Siegal, *on behalf of himself and others similarly situated*, | ) ) ) |
| Plaintiff, | ) ) Case No: 19-cv-05489 |
| v. | ) ) Hon. John Z. Lee ) ) |
| Harris & Harris, Ltd., | ) ) |
| Defendant. | ) ) |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, Laurence Siegal, voluntarily dismisses this action without prejudice.

Dated: September 16, 2019  Respectfully submitted,
**LAURENCE SIEGAL**

*/s/ Gary M. Klinger*
Gary M. Klinger
**KOZONIS & KLINGER, LTD.**
4849 N. Milwaukee Ave., Ste. 300
Chicago, Illinois 60630
Phone: 312.283.3814
Fax: 773.496.8617
gklinger@kozonislaw.com

**GREENWALD DAVIDSON RADBIL PLLC**
Michael L. Greenwald
7601 N. Federal Highway, Suite A-230
Boca Raton, Florida 33487
Phone: 561.826.5477
Fax: 561.961.5684
mgreenwald@gdrlawfirm.com

**GREENWALD DAVIDSON RADBIL PLLC**
Aaron D. Radbil
401 Congress Avenue, Suite 1540
Austin, Texas 78701
Phone: (512) 803-1578
Fax: (561) 961-5684
aradbil@gdrlawfirm.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing was electronically filed on September 16, 2019, via the Court Clerk's CM/ECF system, which will provide notice to all counsel of record.

*/s/ Gary M. Klinger*

Gary M. Klinger