# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Laurence Siegal

                Plaintiff,

v.                                                   Case No.: 1:19−cv−05489

                                                                Honorable John Z. Lee

Harris & Harris, Ltd.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 17, 2019:

      MINUTE entry before the Honorable John Z. Lee: Pursuant to Plaintiff's notice of voluntary dismissal [13], this case is hereby dismissed without prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(i). Civil case terminated. Mailed notice (ags, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.